```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
HACHETTE BOOK GROUP, INC., ET AL.
                Plaintiffs,            22-cv-5730 (JGK)

     - against -                       ORDER

UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION, ET AL.,
                Defendants.
───────────────────────────────────────
```

JOHN G. KOELTL, District Judge:

   The parties are directed to submit a Rule 26(f) report by September 16, 2022.

SO ORDERED.
Dated:   New York, New York
         September 1, 2022

                              /s/ John G. Koeltl
                                 John G. Koeltl
                         United States District Judge